1   LYSSA S. ANDERSON
    Nevada Bar No. 5781
2   RYAN W. DANIELS
    Nevada Bar No. 13094
3   KAEMPFER CROWELL
    1980 Festival Plaza Drive, Suite 650
4   Las Vegas, Nevada  89135
    Telephone:   (702) 792-7000
5   Fax:            (702) 796-7181
    landerson@kcnvlaw.com
6   rdaniels@kcnvlaw.com

7   *Attorneys for Defendants*
    *Armando Lozano-Carrera and Milton Hsieh*

8

9               UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11  VINCENT FREEMAN, II,                    CASE NO.:    3:18-cv-00192-MMD-WGC

12          Plaintiff,
    vs.                                     **STIPULATION AND ORDER TO**
13                                          **EXTEND DISPOSITIVE MOTION**
    ARMANDO LOZANO-CARRERA, in his          **DEADLINE**
14  individual and official capacities; and
    MILTON HSIEH, in his individual and         **(First Request)**
15  official capacities; et al.

16          Defendants.

17          Defendants Armando Lozano-Carrera and Milton Hsieh (the "LVMPD Defendants") and

18  Vincent Freeman II ("Plaintiff") agree and stipulate to extend the dispositive motion deadline

19  currently set for October 28, 2020 for fifty five days making the new dispositive motion deadline

20  December 22, 2020. The extension is being requested because Plaintiff recently served a

21  subpoena to the Regional Justice Center seeking any video evidence of the incident claimed by

22  Plaintiff in this lawsuit. The parties agree that if the Regional Justice Center produces any video

23  footage of the incident, such footage could resolve some issues and potentially impact any

24  dispositive motion.

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1    The Regional Justice Center has until November 22, 2020 to respond to the subpoena so

2    the parties agree that the dispositive motion deadline should be extended by thirty days after the

3    response deadline to file a dispositive motion. Thirty days after November 22, 2020 is December

4    22, 2020.

5    The parties request this extension prior to the expiration of the twenty-one deadline as

6    forth in LR 26-4. As mentioned above, there is good cause for the extension because video

7    evidence produced by the Regional Justice Center may resolve issues on a dispositive motion. As

8    such, the extension will not prejudice any party and may potentially help the parties properly

9    brief their dispositive motions for this Court. The parties are not delaying the conclusion of this

10   matter; no trial date has yet been ordered.

11   DATED this 6th day of October, 2020.

12   KAEMPFER CROWELL

13   By: /s/ *Ryan W. Daniels*                          By:  /s/  *Travis N. Barrick*
          LYSSA S. ANDERSON                                   Travis N. Barrick, Esq.
14        Nevada Bar No. 5781                                 Nevada Bar No. 9257
          RYAN DANIELS                                        GALLIAN WELKER, & BECKSTROM
15        Nevada Bar No. 13094                                540 E. St. Louis Avenue
          1980 Festival Plaza Drive, #650                     Las Vegas, Nevada 89104
16        Las Vegas, Nevada 89135                             *Attorney for Plaintiff Vincent Freeman*
       *Attorneys for Defendants*
17     *Armando Lozano-Carrera and Milton*
       *Hsieh*

18

19        **IT IS SO ORDERED.**

20        DATED: October 6, 2020.

21

22                                          UNITED STATES MAGISTRATE JUDGE

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135