# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VINCENT FREEMAN, II,

    Plaintiff

v.

ARMANDO LOZANO-CARRERA, et. al.,

    Defendants

Case No.: 2:21-cv-01827-MMD-WGC

**Order**

Re: ECF No. 62

    Before the court is Plaintiff's counsel Travis Barrick's motion to withdraw. (ECF No. 62.) A lawyer may withdraw if the lawyer is discharged. NRPC 1.16(a)(3). Mr. Barrick has served the motion on Plaintiff. Given that Mr. Freeman has terminated Mr. Barricks' representation, Mr. Barrick's motion to withdraw (ECF No. 62) is **GRANTED**.

    A copy of this order shall be **SENT** to Plaintiff at the address noted in Mr. Barrick's certificate of service.

**IT IS SO ORDERED**.

Dated: December 3, 2021

                                              _____
                                              William G. Cobb
                                              United States Magistrate Judge